1
 Justin Junda and Big Toe Ventures, LLC, a Delaware limited liability company, Petitioners v. Beyond Broadway, LLC d/b/a Livwell Enlightened Health, a Colorado limited liability company, Delt Services LLC, Green Brands Canada Ltd, Green Brands LLC, Green Kiwi 1 LLC, Green Kiwi 2 LLC, Green Kiwi 3 LLC, Green Kiwi 4 LLC, Green Kiwi 5 LLC, John Lord, Kiwi LLC, Livwell Holdings Inc., Livwell I LLC, Livwell II LLC, Livwell III LLC, Livwell Inc., Livwell IV LLC, Livwell IX LLC, Livwell Michigan LLC, Livwell V LLC, Livwell VI LLC, Livwell VII LLC, and Livwell VIII LLC, Respondents No. 24SC523
Supreme Court of Colorado, En Banc
January 21, 2025
 
           Court
 of Appeals Case No. 23CA594
 
 
 
          Petition
 for Writ of Certiorari DENIED.